UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TRISTA ANNE SCHMIER, and <br> JONATHAN DAVID SCHMIER, <br> <br> Plaintiff, <br> <br> v. <br> <br> <br> NAVIENT CORPORATION, <br> NAVIENT SOLUTIONS, INC., <br> SALLIE MAE, SLM CORPORATION, <br> SALLIE MAE BANK, and <br> JOHN F. REMONDI, <br> <br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:17-CV-3-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 21] and dismisses the complaint without prejudice.

**This Judgment Filed and Entered on October 13, 2017, and Copies To:**

| | |
|---|---|
| Trista Anne Schmier | (Sent to P.O. Box 35193 Fayetteville, NC 28303 via US Mail) |
| Jonathan David Schmier | (Sent to P.O. Box 35193 Fayetteville, NC 28303 via US Mail) |
| Brian A. Chubb | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

October 13, 2017　　　　　　　　(By)  /s/ Nicole Briggeman

　　　　　　　　　　　　　　　　　Deputy Clerk